**DISMISS; and Opinion Filed September 20, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00970-CV

**DOMINGO GARCIA, Appellant**

**V.**

**THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03571**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that the issues in this appeal are now moot. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/

DAVID LEWIS
JUSTICE

130970F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOMINGO GARCIA, Appellant

No. 05-13-00970-CV V.

THE LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-03571.
Opinion delivered by Justice Lewis.
Justices Bridges and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS, recover its costs of this appeal from appellant, DOMINGO GARCIA.

Judgment entered this 20th day of September, 2013.

/David Lewis/

DAVID LEWIS
JUSTICE